**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 21, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00379-CV**

---

**IN RE YOUSEF ELDIRAOUI, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-DCV-247500**

---

## MEMORANDUM OPINION

On May 9, 2019, relator Yousef Eldiraoui filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Frank J. Frayley, presiding judge of the 240th District Court of Fort Bend County, to vacate

his March 5, 2019 order on Plaintiff's Second Motion to Compel Discovery Responses, in which the judge overruled all of relator's objections to the discovery requests at issue.

Relator also filed a motion asking our court to stay all proceedings in the trial court pending this court's decision on his petition for mandamus relief. *See* Tex. R. App. P. 52.10.

With certain exceptions not applicable in this proceeding, to obtain mandamus relief, a relator must show both that the trial court clearly abused its discretion and that the relator has no adequate remedy at law, such as an appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator has not established that he is entitled to mandamus relief. We therefore deny relator's petition for writ of mandamus and motion for stay.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Spain and Poissant.

2